■ ROGER C. ELLIS et al., Appellants-Respondents, v LORI ANN BORZILLERI, Respondent-Appellant, and JASON M. HAZARD et al., Respondents, et al., Defendant. (Appeal No. 2.) [836 NYS2d 464]—Appeal and cross appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered July 25, 2006 in a personal injury action. The order, among other things, denied plaintiffs' motion for an order setting aside the verdict with respect to defendants Jason M. Hazard and Ford Motor Credit Company, granting judgment as a matter of law against them and directing the apportionment of liability at the trial on damages.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO COTTO, JR., Appellant. [836 NYS2d 476]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), entered July 21, 2005. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree and robbery in the second degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.